UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JOSEPH AJALA,<br>ABIGAIL AJALA,<br><br>                    Debtors. | CHAPTER 13<br><br>Case No. 12-23645 (RDD) |
| ABIGAIL AJALA,<br><br>                    Plaintiff,<br><br>- against -<br><br>Q. P. MORTGAGE BANKING CENTER, INC. & ITS PRINCIPLES, OFFICERS, NEW CENTURY MORTGAGE CORPORATION, et al.,<br><br>                    Defendants. | Adv. Proc. No. 13-08350 (RDD)<br><br><br>**CERTIFICATE OF SERVICE** |

    I, Joseph G. Silver, certify that on April 3, 2014, I served Defendants Mortgage Electronic Registration Systems Inc., Ocwen Loan Servicing, LLC, and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007-NC2 i/s/h/a Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007-NC2 and Deutsche Bank National Trust, as Trustee's (i) Notice of Motion to Dismiss the Adversary Complaint, (ii) Declaration of Joseph G. Silver with annexed Exhibits A-N, and (iii) Memorandum of Law in Support of Motion via the Court's electronic filing system, and by transmitting the notice of filing on April 4, 2014 upon the following:

| | |
|---|---|
| **Karamvir Dahiya, Esq.**<br>**Dahiya Law Offices LLC**<br>*Attorneys for Debtor/Plaintiff*<br>75 Maiden Lane, Suite 506<br>New York, New York 10038<br>Tel. (212) 766-8000<br>E-mail: karam@bankruptcypundit.com | **Wendy B. Shepps, Esq.**<br>**Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattam, P.C.**<br>*Attorneys for Defendant*<br>*Q.P. Mortgage Banking Center, Inc. & Its Principles, Officers*<br>570 Lexington Avenue, Suite 1600<br>New York, New York 10022<br>Tel. (212) 432-7419<br>E-mail: wshepps@podvey.com |

**Mary Gail Gearns, Esq.**
**Colleen J. O'Loughlin, Esq.**
**Matthew Minerva, Esq.**
**BINGHAM MCCUTCHEN LLP**
*Attorneys for Defendants*
*Morgan Stanley, Morgan Stanley & Co.*
*LLC, Morgan Stanley Mortgage Capital*
*Holdings LLC, formerly known as Morgan*
*Stanley Mortgage Capital Inc., and Saxon*
*Mortgage Services, Inc.*
399 Park Avenue
New York, New York 10022
Tel. (212) 705-7000
E-mail: marygail.gearns@bingham.com
           colleen.oloughlin@bingham.com
           matthew.minerva@bingham.com

Dated: New York, New York
          April 4, 2014

                                  *s/Joseph G. Silver*
                                  JOSEPH G. SILVER